# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

James Runi

Case No: 18–30908 – WJF

Debtor(s)

Chapter 13 Case

## ORDER AND NOTICE OF DISMISSAL

The chapter 13 trustee has requested that the court dismiss James Runi. After notice and hearing the court has determined that the case as to James Runi should be dismissed.

IT IS THEREFORE ORDERED:

The case as to James Runi is dismissed under 11 U.S.C. §§ 349 and 1307.

Dated: 3/1/19

William J Fisher
United States Bankruptcy Judge

---

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on March 1, 2019
Lori Vosejpka Clerk, United States Bankruptcy Court
By: barbie Deputy Clerk

**odsm/mnbodsm.jsp 8/15**